IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NANCY A. MONAHAN,

     Appellant,

v.

THE BANK OF NEW YORK
MELLON FKA THE BANK OF
NEW YORK, AS TRUSTEE FOR
THE CERTIFICATE HOLDERS
OF THE CWABS, INC., ASSET
BACKED CERTIFICATES,
SERIES 2007-7,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2242

Opinion filed July 14, 2015.

An appeal from an order of the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

Lance Paul Cohen of Cohen & Thurston, PA, Jacksonville, for Appellant.

Michael C. Rayboun of Rayboun Mulligan, Tallahassee, and Danielle N. Parsons
of McCalla Raymer LLC, Orlando, for Appellee (no appearances).

PER CURIAM.

     Upon consideration of the appellant's response to the Court's order of May
29, 2015, the Court has determined that Count II of the Verified Complaint to
Foreclose Mortgage, and Count I, seeking imposition of an equitable lien on the

property, are inextricably intertwined. Therefore, the May 12, 2015 Final Judgment for Plaintiff as to Count II, does not constitute a partial final judgment subject to immediate review pursuant to Florida Rule of Appellate Procedure 9.110(k). Accordingly, the appeal is hereby dismissed as premature.

ROWE, SWANSON, and BILBREY, JJ., CONCUR.